IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:08-CR-00233-MOC-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| MIGUEL LORIA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 145) filed by Eben T. Rawls, III, concerning Neil G. Taylor on January 20, 2015. Mr. Neil G. Taylor seeks to appear as counsel *pro hac vice* for Defendant Miguel Loria. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 145) is **GRANTED**. Mr. Neil G. Taylor is hereby admitted *pro hac vice* to represent Defendant Miguel Loria.

**SO ORDERED**.

Signed: January 30, 2015

David C. Keesler
United States Magistrate Judge