UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00233-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MIGUEL LORIA,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Return of Property. Based on the thorough update (#171) provided by counsel for defendant, it appears that the major concerns of defendant have been addressed and that the parties are working in good faith to resolve any remaining concerns without need of immediate court intervention. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Return of Property (#155) is DENIED WITHOUT PREJUDICE as to any future filing.

Signed: June 2, 2015

Max O. Cogburn Jr.
United States District Judge