UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00233-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MIGUEL LORIA,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Writ of Continuing Garnishment. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Dismissal of Writ of Continuing Garnishment (#175) is **GRANTED**, and such Writ (#165) is **DISMISSED**.

Signed: June 10, 2015

Max O. Cogburn Jr
United States District Judge